IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

    Petitioner,                    No. CIV S-03-1439 FCD GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 1, 2006, petitioner filed a status report stating that on December 28, 2005, he was found suitable for parole. Petitioner states that the Governor's deadline for taking any action on the suitability finding is May 27, 2006.

        Accordingly, IT IS HEREBY ORDERED that on or before June 23, 2006, petitioner shall inform the court whether the Governor took action on the suitability finding and, if not, whether this action is moot.

DATED: 5/10/06

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

bigg1439.ord

1