IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

    Petitioner,   No. CIV S-03-1439 FCD GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.   ORDER
_____/

    Petitioner has requested a fourteen day extension of time to file his objections to the September 26, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 16, 2006 request for an extension of time is granted; and

    2. Petitioner is granted fourteen days from the date of this order in which to file his objections to the September 26, 2006 findings and recommendations.

DATED: 10/23/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
bigg1439.111